**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date: January 30, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 06-cv-02202-RPM

| | |
|---|---|
| NEAL HOWARD, | John R. Olsen |
| | James W. Olsen |
| Plaintiff, | |
| v. | |
| STORAGE TECHNOLOGY CORPORATION, and | Daniel E. Friesen |
| SUN MICROSYSTEMS, INC., | Shannon M. Henderson |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Motion Hearing**

**2:00 p.m.**      **Court in session.**

Court's preliminary remarks and states its understanding of the case.

**ORDERED:**     **Sex discrimination claim confessed by plaintiff therefore withdrawn.**

2:08 p.m.      Argument by Mr. Friesen.
2:26 p.m.      Argument by Mr. Olsen.
2:52 p.m.      Rebuttal argument by Mr. Friesen (age discrimination claim).
2:59 p.m.      Corrective statement by Mr. Olsen.

**ORDERED:**     Defendants' Motion for Summary Judgment, filed November 1, 2007 [10], is granted in part dismissing plaintiff's common law contract and promissory estoppel claims and denied with respect to remaining claim of age discrimination.

**ORDERED:**     Pretrial conference scheduled March 28, 2008 at 3:00 p.m. Proposed pretrial order in paper format submitted directly to chambers by 4: 00 p.m. March 20, 2008.

**ORDERED:**     Daniel E. Friesen added as counsel for defendants.
James W. Olsen added as counsel for plaintiff.

**3:02 p.m.**      **Court in recess.**     Hearing concluded. Total time: 1 hr. 2 min.