IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-02202-RPM

NEAL HOWARD,

     Plaintiff,

v.

STORAGE TECHNOLOGY CORPORATION and
SUN MICROSYSTEMS, INC.,

     Defendants.

_____

ORDER SETTING PRETRIAL CONFERENCE
_____

     Pursuant to the hearing convened on January 30, 2008, it is

     ORDERED that a pretrial conference is scheduled for **March 28, 2008, at 3:00**

**p.m.** in the Conference Room, Second Floor, the Byron White United States

Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with

the Instructions for Preparation and Submission of Final Pretrial Order which may be

found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial

Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.**

on **March 20, 2008.**  The conference is conducted with counsel only and no parties or

representatives of parties will be permitted to attend.

     DATED: January 31st , 2008

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____

                    Richard P. Matsch, Senior Judge