IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-02202-RPM

NEAL HOWARD,

    Plaintiff,

v.

STORAGE TECHNOLOGY CORPORATION and
SUN MICROSYSTEMS, INC.,

    Defendants.

_____

ORDER SETTING TRIAL DATE
_____

Pursuant to the pretrial conference convened on March 28, 2008, it is

ORDERED that this matter is set for trial to jury on **September 22, 2008, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**

    DATED: April 1st, 2008

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge