IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-02202-RPM

NEAL HOWARD,

    Plaintiff,

v.

STORAGE TECHNOLOGY CORPORATION and
SUN MICROSYSTEMS, INC.,

    Defendants.

_____

ORDER DENYING PLAINTIFF'S MOTION TO COMPEL
_____

On May 20, 2008, the plaintiff filed a motion designated plaintiff's motion to compel response to a single discovery request. The defendants filed their response on June 9, 2008. Upon review of audio recording of the pretrial conference held on March 28, 2008, the Court finds that the discovery requested in the motion to compel is inconsistent with the representation of plaintiff's counsel of his ability to specify the positions of which the plaintiff should have been considered during the sixty day period between the notice of termination and the termination date of March 11, 2006 and could therefore comply with the Court's direction to provide a list of specific positions to defendants' counsel to prepare for trial. The Court ordered that March 11, 2006 would be the last date of a claim for denial of employment opportunity leading to damages and that the post termination date employment actions would be considered only insofar as they may be relevant to the motivation to discriminate against the plaintiff because of his age. Because the motion to compel seeks discovery well beyond this Court's directions

and because discovery in this matter has been closed for months, it is

ORDERED that plaintiff's motion to compel is denied.

DATED: June 13, 2008

                              BY THE COURT:

                              s/ Richard P. Matsch

                              _____

                              Richard P. Matsch, Senior Judge