IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:             August 20, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician:   Valeri Barnes

_____

Civil Action No. 06-cv-02202-RPM

NEAL HOWARD,                                            John R. Olsen

     Plaintiff,

v.

STORAGE TECHNOLOGY CORPORATION, and                     Daniel E. Friesen
SUN MICROSYSTEMS, INC.,                                 Shannon M. Henderson

     Defendants.
_____

# COURTROOM MINUTES
_____

**Hearing on Motion to Enforce Court Order**

**2:00 p.m.      Court in session.**

Court's preliminary remarks.

2:01 p.m.      Argument by Mr. Olsen.

2:11 p.m.      Argument by Mr. Friesen.

2:17 p.m.      Further argument by Mr. Olsen.

**ORDERED:**     Defendants' Motion to Enforce Court Order Regarding Submission of Revised Pretrial Order, filed May 20, 2008 [35], is ruled on as follows: Evidence limited to jobs applied for including the application to Ms. Aldretti and responses.

               **Proposed pretrial order due by 4:00 p.m. August 22, 2008.**

**2:20 p.m.      Court in recess.**

Hearing concluded.  Total time: 20 min.