IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-02202-RPM

NEAL HOWARD,

    Plaintiff,

v.

STORAGE TECHNOLOGY CORPORATION and
SUN MICROSYSTEMS, INC.,

    Defendants.

_____

## ORDER OF DISMISSAL
_____

    Pursuant to the Stipulation for Dismissal with Prejudice [47], it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

    DATED: September 15th, 2008

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior Judge